United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TONY JURISICH, JURISIC & SONS, INC. AND ROMEO BILCIC, ET. AL** | § § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:24-cv-00316** |
| **SUNLAND CONSTRUCTION, INC. AND FLORIDA GAS TRANSMISSION COMPANY, LLC** | § § § § | |
| *Defendants,* | § § § | |

**AGREED ORDER GRANTING CONTINUANCE OF CONTINUANCE OF**
**COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

On this day, the Court considered Plaintiffs, Tony Jurisich, Jurisic & Sons, Inc., Romeo Bilcic, Frances Jurisich and Ruzica Jurisich, and Defendants, Sunland Construction, Inc. and Florida Gas Transmission Company, LLC's Agreed Joint Motion for Continuance of Completion of Discovery and Dispositive Motions Deadlines. After considering the motion and having been advised of the Parties' agreements to extend certain deadlines set forth in the Agreed Order Granting Continuance of Trial (Doc. 40), this Court finds the motion is meritorious, and should be GRANTED. It is, therefore, ORDERED that the following deadlines under the Agreed Order Granting Continuance of Trial (Doc. 40) are amended as follows

- 08/07/26 – Completion of Discovery for the following limited discovery and no other discovery: The depositions of James Guidry, Meghan Hardy, Adam Trahan and CV Carbon LLC and the supplemental depositions of Gabe

Johnson, Tony Jurisich, Johnny Jurisich and/or Romeo Bilic if this court orders the production of certain "oyster dredge reports" testified to; and the deposition of any vendor used by Gabe Johnson in connection with preparing his report as testified to in his deposition.  The Parties have stipulated that Frances Jurisich and Ruzica Jurisich will not be called as witnesses in this matter and accordingly, they will not be deposed.

- 08/21/26 – Dispositive Motions.

The remaining deadlines (All Other Pretrial Motions, Exchange Pretrial Materials and Docket Call) shall remain unchanged as set forth in the Agreed Order Granting Continuance of Trial (Doc. 40).

SIGNED and ENTERED on this 14th day of July 2026.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

**WILLIAM DILLS LAW, PLLC**

By:    *William Dills*_____
WILLIAM "BILLY" DILLS
Texas Bar No. 24067421
wdills@williamdillslaw.com
800 Sawyer Street
Houston, Texas 77007
Telephone:    (713) 244-5286
Facsimile:    (713) 244-6094

***Attorney-in-Charge for Plaintiffs***
*signed with permission

*AND*

**ADAMS AND REESE LLP**

By:    *James T. Rogers III*
       S. CRAIG WILCOX
       Texas Bar No.: 00797665
       Federal Bar No.: 21177
       craig.wilcox@arlaw.com
       LyondellBasell Tower
       1221 McKinney Street, Suite 4400
       Houston, Texas 77010
       Telephone: (713) 652-5151
       Facsimile: (713) 652-5152

       ***Attorney-in-Charge for Defendant,***
       ***Sunland Construction, Inc.***

OF COUNSEL:
JAMES T. ROGERS III
Adams and Reese LLP
Texas Bar No.: 24011698
Federal Bar No. 235579
jim.rogers@arlaw.com
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 586-7912

       *AND*

       **RUBINSON LAW**

By:    *Seth I. Rubinson*
       SETH I. RUBINSON
       Texas Bar No. 24053908
       Federal Bar No. 1132634
       srubinson@rubinsonlaw.com
       5701 Woodway Drive, Ste. 330
       Houston, Texas 77057
       Telephone:   (832) 485-4899
       Facsimile:   (866) 626-4292

       ***Attorney-in-Charge for Defendant,***
       ***Florida Gas Transmission Company, LLC***
       *signed with permission